UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *     )
UNITED STATES OF AMERICA,          )      Criminal Action
                                   )      No. 24-00556
                Plaintiff,         )
                                   )
    vs.                            )
                                   )
DERRICK THOMAS MARTIN,             )      Washington, D.C.
                                   )      December 17, 2024
                Defendant.         )      10:06 a.m.
                                   )
* * * * * * * * * * * * * * *     )


TRANSCRIPT OF ARRAIGNMENT AND STATUS CONFERENCE
BEFORE THE HONORABLE TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:      CAMERON A. TEPFER, ESQ.
                         RACHEL CRAFT, ESQ.
                         UNITED STATES ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                         601 D Street, Northwest
                         Washington, D.C. 20530


FOR THE DEFENDANT:       MARY M. PETRAS, ESQ.
                         OFFICE OF THE FEDERAL PUBLIC
                           DEFENDER
                         625 Indiana Avenue, Northwest
                         Suite 550
                         Washington, D.C. 20004


REPORTED BY:             LISA EDWARDS, RDR, CRR
                         Official Court Reporter
                         United States District Court for the
                           District of Columbia
                         333 Constitution Avenue, Northwest
                         Room 6509
                         Washington, D.C. 20001
                         (202) 354-3269

THE COURTROOM DEPUTY:  This is Criminal Case 24-556, the United States of America versus Derrick Thomas Martin.

Counsel, please come forward to identify yourselves for the record, starting with the Government.

MR. TEPFER:  Cameron Tepfer for the United States. Good morning, your Honor.

THE COURT:  Good morning, Mr. Tepfer.

MR. TEPFER:  I'm joined at counsel table by Special AUSA Rachel Craft.

THE COURT:  Good morning, Ms. Craft.

MS. CRAFT:  Good morning.

MS. PETRAS:  Good morning, your Honor.  Mary Petras on behalf of Mr. Martin.

THE COURT:  Good morning, Ms. Petras.

Good morning, Mr. Martin.

THE DEFENDANT:  Good morning.

THE COURT:  Mr. Martin, I know you've probably seen a couple different magistrate judges so far.  I'm Trevor McFadden.  I'm the district judge who will be presiding over the rest of this case.

Mr. Tepfer, can you tell me where things stand?

MR. TEPFER:  Yes, your Honor.  The Government has provided initial discovery in this case to counsel.  The one thing we're primarily waiting on is the results of the drug

analysis.  I've made counsel aware that the quantity of drugs, if those drugs test positive for what we suspect them to be, would implicate a couple different overlapping minimum mandatories.

So at this point, we're not in a position to extend a plea.  We anticipate having the results sometime in January and then extending a plea from there.

I understand from Ms. Petras, though -- and I can let her make her representations -- that Mr. Martin would like to set a trial date.

THE COURT:  Okay.  So you think you'll have -- you should be able to have discovery all out by the end of next month; is that right?

MR. TEPFER:  The drug discovery.  There is some DNA testing undergoing -- you know, underway right now.  That always kind of depends on whether we have a trial date or not.  So once we have a trial date, I will have a much keener sense of when we're getting DNA.  Without the trial date, it's not as advanced in the queue.  So there's a little bit of uncertainty around that.  So we would be prepared to move forward once we have the results of the drug analysis.

THE COURT:  All right.  Was this -- what type of case was this?  Was this a gun toss case?

MR. TEPFER:  Yes.  A backpack toss case with one

firearm, and suspected fentanyl and cocaine base recovered in the backpack.

THE COURT:  Okay.  And how long would you expect your case in chief to last?

MR. TEPFER:  Three days, your Honor.

THE COURT:  Ms. Petras?

MS. PETRAS:  Yes, your Honor.

THE COURT:  So you are requesting a speedy trial?

MS. PETRAS:  Yes.  Mr. Martin would like to set a trial date.  I do expect there to be motions in this case, to the extent that it affects that.

THE COURT:  Okay.  And three days.  Does that sound about right to you?

MS. PETRAS:  I think probably it might take four or five.  But...

THE COURT:  Okay.  How about May 27th?  Does that work for the Government?

MR. TEPFER:  That's fine for the Government.

THE COURT:  And Ms. Petras?

MS. PETRAS:  Yes, your Honor.

THE COURT:  Let's set this for jury trial on May 27th.  That'll be at 9:00 a.m. here in Courtroom 2.

And for a pretrial conference, how about 10:30 on Friday, May 9th?  Does that work for the Government?

MR. TEPFER:  Yes, your Honor.

THE COURT:  And defense?

MS. PETRAS:  Yes, your Honor.

THE COURT:  And we'll set a pretrial conference here in Courtroom 2 at 10:30 on Friday, May 9th.

Rather than setting additional dates -- or a briefing schedule right now, I think what I'd like to do is set a status conference in late January or early February and figure out where things stand at that point.

MS. PETRAS:  Your Honor, if we could do late February, I'd appreciate it.  My daughter's having a baby at the end of January.

THE COURT:  Say that again, ma'am.

MS. PETRAS:  If we could do the end of February, I'd appreciate it.  My daughter's having a baby, my first grandchild, at the end of January.

THE COURT:  Congratulations.

MS. PETRAS:  Thank you.

THE COURT:  That's fine.

How about 11:00 a.m. -- well, 10:30 on Friday, March 28th -- why don't we do it at 10:00 a.m. and we can do you all first.  I've got a sentencing, but this shouldn't take long.  February 28th, 10:00 a.m.

Mr. Tepfer, does that work for you?

MR. TEPFER:  Yes, your Honor.

THE COURT:  And Ms. Petras?

MS. PETRAS:  Yes, your Honor.

THE COURT:  So we've got a status conference on Friday, February 28th.

Mr. Tepfer, do you have a motion?

MR. TEPFER:  Yes, your Honor.  I think given the ongoing DNA, drug testing, the need to provide any remaining discovery in preparation for trial as well as given the first available trial date that worked for everyone, the Government would be requesting exclusion of time until the trial date under the Speedy Trial Act.

THE COURT:  Ms. Petras?

MS. PETRAS:  Mr. Martin has requested a speedy trial.  But I understand that that is the first available trial date.

THE COURT:  I do think it's appropriate to toll the speedy trial clock between now and February 28th in light of the ongoing drug testing, which may result in new charges and certainly new penalties.  I'll also recognize defense unavailability for an earlier status conference. For all these reasons, I'm tolling the speedy trial clock until February 28th and I'll find that the interests of justice outweigh the interests of the Defendant and the public in a speedy trial to the extent that I'll toll until February 28th.

Mr. Tepfer, anything further?

MR. TEPFER:  No, your Honor.

THE COURT:  And Ms. Petras?

MS. PETRAS:  No, your Honor.

THE COURT:  Thanks, folks.

I'm sorry.  We still need to do arraignment.

Mr. Martin, if you could approach the podium. Sir, this arraignment is directed to you, but typically your attorney answers on your behalf.

THE COURTROOM DEPUTY:  Derrick Thomas Martin, in Criminal Case 24-556, in which you are charged by an indictment in Count 1, unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, do you waive the formal reading of the document?  And how do you wish to plead?

MS. PETRAS:  On behalf of Mr. Martin, we waive the formal reading and enter a plea of not guilty, request a speedy jury trial and invoke all of Mr. Martin's constitutional rights.

THE COURT:  All right.  Thanks, folks.  I'll see you in February.

(Proceedings concluded.)

**<u>CERTIFICATE</u>**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 9th day of December, 2025.

<u>/s/ Lisa Edwards, RDR, CRR</u>
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269