**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-556 |
| v. | JUDGE: TREVOR N. MCFADDEN |
| DERRICK THOMAS MARTIN | SENTENCING: JULY 10, 2026 |

**MOTION TO WITHDRAW COUNSEL**

The defendant, Derrick Martin, through counsel, pursuant to D.C. Rules of Professional Conduct 1.8 & 1.16, respectfully moves for the Court to order the withdrawal of Edward J. Ungvarsky as counsel for Mr. Martin and to order the appointment of new counsel under the CJA Act because there are irreconcilable differences between Mr. Martin and Mr. Ungvarsky.

WHEREFORE, for the foregoing reasons, the Court should grant the withdrawal of Edward J. Ungvarsky as counsel for Mr. Martin and should appoint new, successor counsel for Mr. Martin pursuant to the CJA Act.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for Derrick Martin

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on the government, via electronic filing, on this 20th day of March, 2026.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky